Opinion issued October 31, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01003-CV

____________


IN RE WILLIAM RODRIGUEZ SALAZAR, Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, William Rodriguez Salazar, has filed a petition for writ of mandamus
complaining that the "Presiding Judge for the Harris County Criminal Court" has
failed to rule on two motions for writ of error coram nobis he allegedly filed in two
underlying criminal proceedings. (1)

 We deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.
1. Trial court case number 7903000, allegedly styled State of Texas v. William
Rodriguez Salazar, and case number 8833366, also allegedly styled State of Texas v.
William Rodriguez Salazar.